**Date of Arrest: 2/1/2025**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. **25-01182MJ** |
| Plaintiff, | |
| vs. | COMPLAINT FOR VIOLATION OF |
| Jose FLORES-Cordova<br>YOB: 1988<br>A215 674 344<br>Citizen of Mexico | COUNT 1<br><br>Title 8, United States Code, Section 1326(a),<br>Re-entry after Removal (Felony) |
| Defendant. | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

That on or about December 17, 2024, the defendant, Jose FLORES-Cordova, an alien, was found in the United States at or near Parker, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of entry at San Ysidro, California on February 16, 2022, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission; in violation of Title 8, United States Code, Section 1326(a).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]* for SAUSA Schuyler Smith

*[signature]*
Signature of Complainant
Roman A. Chapetti
Deportation Officer

Sworn to before me and subscribed telephonically,

| February 3, 2025 | at | Yuma, Arizona |
|---|---|---|
| Date | | City and State |

James F. Metcalf, U.S. Magistrate
Name

*[signature]*
Signature of Judicial Officer

UNITED STATES OF AMERICA

vs.

Jose FLORES-Cordova
A215 674 344

## STATEMENT OF FACTUAL BASIS

This complaint is based upon direct participation in the investigation and from the reports and communications of the encountering and apprehending officer(s); that the Defendant was found in the United States by Immigration and Customs Enforcement officer(s) on December 17, 2024, while in custody of the La Paz County Sheriff's Office, in Parker, Arizona, within the District of Arizona. Record checks of the Defendant by the arresting officer revealed that the Defendant was a citizen of Mexico and was not in possession of valid documents allowing him to enter or remain in the United States.

On December 17, 2024, by questioning the Defendant and through record checks, officers determined that on February 15, 2022, the defendant was ordered removed to his native Mexico by a n immigration officer in San Diego, California. Pursuant to this order of removal, on February 15, 2022, the Defendant was removed from the United States through San Ysidro, California. Officers determined that on or about an Unknown Date, and after the Defendants prior Removal on February 16, 2022, entered the United States without inspection at an unknown location. On February 1, 2025, custody of the defendant was transferred to ICE.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

February 3, 2025                _____
Date                            Signature of Judicial Officer

-2-

*Probable Cause Statement*

I, Deportation Officer Roman A. Chapetti, declare under penalty of perjury, the following is true and correct:

## STATEMENT OF FACTUAL BASIS

Defendant:         Jose FLORES-Cordova

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been removed from the United States on four prior occasions. The Defendant was last removed to Mexico through San Ysidro, California on February 16, 2022.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 12/17/24   Parker, AZ | DUI – Liquor/Drugs/Vapors/Combo | Guilty/45 Days Jail |
|  | DUI W/BAC Of .08 or More |  |
|  | Extreme DUI-BAC .15-.20 |  |

This complaint is based upon direct participation in the investigation and from the reports and communications of the encountering and apprehending officer(s); that the Defendant was found in the United States by Immigration and Customs Enforcement officer(s) on December 17, 2024, while in custody of the La Paz County Sheriff's Office, in Parker, Arizona, within the District of Arizona. Record checks of the Defendant by the arresting officer revealed that the Defendant was a citizen of Mexico and was not in possession of valid documents allowing him to enter or remain in the United States.

On December 17, 2024, by questioning the Defendant and through record checks, officers determined that on February 15, 2022, the defendant was ordered removed to his native Mexico by a n immigration officer in San Diego, California. Pursuant to this order of removal, on February 15, 2022, the Defendant was removed from the United States through San Ysidro, California. Officers determined that on or about an Unknown Date, and after the Defendants prior Removal on February 16, 2022, re-entered the United States without inspection at an unknown location. On February 1, 2025, custody of the defendant was transferred to ICE.

Charges:     8 USC§1326(a)                    (Felony)

_____
Signature of Complainant

**Finding of Probable Cause**

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two (2) pages, I find probable cause to believe that the defendant named therein committed the offense on or after February 16, 2022, in violation of Title 8, United States Code, Section 1326(a), a Felony.*

Finding made on:  Date  2/1/2025          Time  1403 hrs

Signed: _____ United States Magistrate Judge